# Notice Recipients

District/Off: 1126–2  User: ltumlin  Date Created: 9/9/2013
Case: 13–00116–TBB  Form ID: van212  Total: 1

**Recipients of Notice of Electronic Filing:**
aty  Valrey W Early, III  vearly@jaffeerdberg.com

TOTAL: 1