```
                          United States Bankruptcy Court
                           Northern District of Alabama
```

Toffel,
    Plaintiff                                                             Adv. Proc. No. 13-00116-TBB

Nationwide Mutual Insurance Company, an,
    Defendant

## CERTIFICATE OF NOTICE

```
District/off: 1126-2         User: ltumlin            Page 1 of 1           Date Rcvd: Dec 12, 2013
                             Form ID: van254          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2013.
dft          +Nationwide Mutual Insurance Company, an Ohio Mutua,    2 North Jackson Street,   Suite 605,
               Montgomery, AL 36104-3821
dft           Patricia Donalson,   1729 S Lakeshore Drive,   Birmingham, AL 35216-1621
dft           The Pat Donalson Agency,   1729 S Lakeshore Drive,   Birmingham, AL 35216-1621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
pla          +E-mail/Text: trustee@toffelpc.com Dec 13 2013 01:19:25      Andre M. Toffel,
               600 20th Street North,   Suite 300,   Birmingham, AL 35203-2600
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2013                                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2013 at the address(es) listed below:
              Valrey W Early, III    on behalf of Plaintiff Andre M. Toffel vearly@jaffeerdberg.com
                                                                                              TOTAL: 1
```

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| In re: | **Case No.** 11−04549−TBB7 |
| The Nineteenth Street Investments, Inc | **Chapter** 7 |
| **Debtor(s)** | |
| | **AP No.** 13−00116−TBB |
| Andre M. Toffel | |
| **Plaintiff(s)** | |
| vs. | |
| Nationwide Mutual Insurance Company, an Ohio Mutual Insurance Company et al. | |
| **Defendant(s)** | |

## SCHEDULING ORDER

This matter having come before the Court on **Plaintiff's Complaint to Recover Money or Property** and pursuant to Rule 7016 of the Federal Rules of Bankruptcy Procedure, the following set forth time limits apply to these proceedings.

> **Failure to comply with the time frames and requirements set forth in this order may result in the imposition of sanctions which include, but are not limited to, dismissal of claims and/or causes of action, barring of introduction of evidence at trial or in support of pretrial motions, and monetary sanctions.**

1. **Discovery** − The parties shall complete discovery no later than **March 12, 2014**.

Pursuant to Fed. R. Bankr.P.7026 which applies Fed.R.Civ.P. 26 to adversary proceedings, the parties shall comply with the requirements of Fed.R.Civ.P.26, including but not limited to, the planning conference between the parties and the disclosures mandated by the rule.

2. **Dispositive Motions Due** − A Summary Judgment or other Dispositive Motion shall be filed on or before **March 24, 2014**.

3. **Response to Dispositive Motions** − Responses to Dispositive Motions shall be filed on or before **April 1, 2014**.

4. **Reply to Responses Due** − Replies to Responses shall be filed on or before **April 7, 2014**.

5. **Witness and Exhibit Lists** − Witness and Exhibit Lists shall be filed with the Court and a copy served on opposing counsel on or before **April 7, 2014**. Attorneys shall submit pre−numbered exhibits. Attorneys are to stipulate which documents are admissible and identify those for which admissibility is not stipulated.

6. **Pretrial Briefs** − Either a separate Pretrial Brief by each party or a joint Pretrial Brief of all parties shall be filed with the Court on or before **April 7, 2014**. In the event separate pre−trial briefs are filed by each party, each shall be served on counsel for other parties on or before **April 7, 2014**.

7. **Trial Date** − Trial of this matter will be held on **Wednesday, April 9, 2014** at **01:30 PM** in **Robert Vance Fed Bldg, 1800 5th Ave No, Courtroom 1, Birmingham, AL 35203**.

Dated:  December 12, 2013

/s/  Thomas B Bennett
United States Bankruptcy Judge

klt