Van-212 [AP Summons] (Rev. 12/09)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

In re:  Case No. 11-04549-TBB7

The Nineteenth Street Investments, Inc  Chapter 7
    **Debtor(s)**

AP No. 13-00116-TBB

Andre M. Toffel
    **Plaintiff(s)**

vs.

Nationwide Mutual Insurance Company,
an Ohio Mutual Insurance Company
et al.
    **Defendant(s)**

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk: | United States Bankruptcy Court<br>505 20th Street North<br>Fourth Floor<br>Birmingham, AL 35203 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: | Valrey W Early III<br>Jaffe & Erdberg, P.C.<br>205 20th St No, Ste 817<br>Birmingham, AL 35203 |
|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Dated:  September 9, 2013

                                Scott W. Ford, Clerk
                                United States Bankruptcy Court

                                By: /s/ Leigh Tumlin

# CERTIFICATE OF SERVICE

I, __Valrey W. Early III__ (name), certify that service of this summons and a copy of the complaint was made __9-10-13__ (date) by:

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Nationwide Mutual Insurance Company
c/o CT Corporation System, Registered Agent
2 N. Jackson St, Ste 605  Montgomery AL 36104

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail address to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __9-10-13__    Signature __[signature]__

Print Name: __Valrey W. Early III__

Business Address: __205 N. 20th St.__
__Birmingham AL 35203__

Van-212 [AP Summons] (Rev. 12/09)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

In re:                                                      Case No. 11-04549-TBB7

The Nineteenth Street Investments, Inc          Chapter 7
        **Debtor(s)**

                                                      AP No. 13-00116-TBB

Andre M. Toffel
        **Plaintiff(s)**

vs.

Nationwide Mutual Insurance Company,
an Ohio Mutual Insurance Company
et al.
        **Defendant(s)**

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk: | United States Bankruptcy Court<br>505 20th Street North<br>Fourth Floor<br>Birmingham, AL 35203 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: | Valrey W Early III<br>Jaffe & Erdberg, P.C.<br>205 20th St No, Ste 817<br>Birmingham, AL 35203 |
|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Dated: September 9, 2013

                                                             Scott W. Ford, Clerk
                                                             United States Bankruptcy Court

                                                             By: /s/ Leigh Tumlin

# CERTIFICATE OF SERVICE

I, __Valrey W. Early__ (name), certify that service of this summons and a copy of the complaint was made __9-10-13__ (date) by:

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
  Patricia Donaldson
  1729 S. Lakeshore Dr.
  Birmingham AL 35216-1621

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail address to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __9-10-13__    Signature _____

Print Name: __Valrey W. Early__

Business Address: __205 N. 20th St.__
__Birmingham AL 35203__

Van-212 [AP Summons] (Rev. 12/09)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

In re:  Case No. 11-04549-TBB7

The Nineteenth Street Investments, Inc  Chapter 7
    **Debtor(s)**

AP No. 13-00116-TBB

Andre M. Toffel
    **Plaintiff(s)**

vs.

Nationwide Mutual Insurance Company,
an Ohio Mutual Insurance Company
et al.
    **Defendant(s)**

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk: | United States Bankruptcy Court<br>505 20th Street North<br>Fourth Floor<br>Birmingham, AL 35203 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: | Valrey W Early III<br>Jaffe & Erdberg, P.C.<br>205 20th St No, Ste 817<br>Birmingham, AL 35203 |
|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Dated: September 9, 2013

                                                      Scott W. Ford, Clerk
                                                    United States Bankruptcy Court

                                                    By: /s/ Leigh Tumlin

# CERTIFICATE OF SERVICE

I, __Vahey M. Early__ (name), certify that service of this summons and a copy of the complaint was made __9-10-13__ (date) by:

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

   The Pat Donaldson Agency
   1729 S. Lakeshore Dr.
   Birmingham AL 35203

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail address to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __9-10-13__   Signature __[signed]__

Print Name: __Vahey W. Early__

Business Address: __205 N. 20th St.__
__Birmingham AL 35203__

# Notice Recipients

District/Off: 1126-2　　　　User: ltumlin　　　　Date Created: 9/9/2013
Case: 13-00116-TBB　　　　Form ID: van212　　　　Total: 1

**Recipients of Notice of Electronic Filing:**
aty　　　Valrey W Early, III　　　vearly@jaffeerdberg.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1