# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

In the Matter of:

| | |
|---|---|
| Andre M. Toffel } | **Case No: 11-04549-TBB7** |
|    PLAINTIFF, } | **AP No: 13-00116-TBB** |
| VS. } | |
| Nationwide Mutual Insurance } | |
| Company, an Ohio Mutual Insurance } | |
| Company | |
| Patricia Donalson | |
| The Pat Donalson Agency | |
|    DEFENDANTS, | |

## COURTROOM NOTES CONTINUING

| | |
|---|---|
| **Matter(s):** | RE: Doc #8; Motion to Dismiss Adversary Proceeding Filed by Defendant Nationwide Mutual Insurance Company |
| **Date and Time:** | Tuesday, December 02, 2014 09:30 AM |
| **Appearances:** | Kori L. Clement, attorney for Nationwide Mutual Insurance Company, an Ohio Mutual Insurance Company (Defendant) |
| | Valrey W Early III, attorney for Andre M. Toffel (Plaintiff) |
| | Jonathan J. Kandel, attorney for Nationwide Mutual Insurance Company, an Ohio Mutual Insurance Company (Defendant) |
| **Courtroom Deputy:** | Andrea Smith |
| **Presiding Judge:** | THOMAS BENNETT |
| **Court Notes:** | The hearing is continued to January 7, 2015, at 1:30 p.m. in Courtroom Number One. |

Date Prepared: 12/03/2014