IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| THE NINETEENTH STREET | ) | Bank. Case No.: 11-04549-TBB7 |
| INVESTMENTS, INC., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

\* \* \*

| | | |
|---|---|---|
| ANDRE M. TOFFEL, in his capacity as | ) | |
| Trustee of the Bankruptcy Estate of | ) | |
| The Nineteenth Street Investments, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adversary Proc. No.: 13-00116-TBB |
| | ) | |
| NATIONWIDE MUTUAL INS. CO., | ) | |
| PAT DONALSON, and THE PAT | ) | |
| DONALSON AGENCY, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO CONTINUE HEARING

Defendants Nationwide Mutual Insurance Company, Pat Donalson, and The Pat Donalson Agency respectfully request that the Court continue the hearing scheduled for January 7, 2015 on their Motion to Dismiss. In support, Defendants state as follows:

1. On December 2, 2014, the Court notified the parties that it was continuing the hearing on Defendants' Motion to Dismiss to January 7, 2015 at 1:30 p.m. (Doc. 17.)

2. Following the December 2 hearing, counsel for the parties agreed to discuss this matter to determine how to proceed with the case, whether the case can be resolved, and whether the January 7 hearing would be necessary.

3. Despite ongoing efforts, Defendants have not been able to engage Plaintiff's counsel to discuss this matter. Given schedules during the holiday season and the new year, it will not be possible to have a meaningful discussion prior to the hearing set for January 7.

4. In addition, lead counsel for Defendants, Philip W. Savrin, will be in Washington, D.C. on January 7, 2015 preparing for oral argument in front of the United States Supreme Court, which will occur on January 12, 2015.[1]

5. For these reasons, Defendants respectfully request that this Court continue the hearing currently scheduled for January 7, 2015 so that the parties may discuss whether the hearing is necessary and so that lead counsel for Defendants is able to attend the hearing on Defendants' Motion to Dismiss.

6. Defendants request that the hearing be rescheduled for any time after January 15, 2015.

7. Defendants have attempted to contact counsel for Plaintiff to determine his position regarding this motion, but have not yet received a response. Defendants are filing this motion at this time to avoid delay and will inform the Court of Plaintiff's position if a response is received prior to a ruling on the motion.

WHEREFORE, Defendants request that the hearing scheduled for January 7, 2015 on their pending Motion to Dismiss be continued until after January 15, 2015.

(Signature on next page)

---

[1] See Supreme Court Docket for Reed v. Gilbert, Case No 13-502, available at http://www.supremecourt.gov/search.aspx?filename=/docketfiles/13-502.htm.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Philip W. Savrin*
Philip W. Savrin
Georgia Bar No. 627836 – admitted pro hac vice
psavrin@fmglaw.com
Jonathan J. Kandel
Georgia Bar No. 940584 – admitted pro hac vice
jkandel@fmglaw.com

Counsel for Defendants

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339
Telephone (770) 818-0000
Facsimile (770) 937-9960

## CERTIFICATE OF SERVICE

I hereby certify that I have this date filed the foregoing **DEFENDANTS' MOTION TO CONTINUE HEARING** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

This 24th day of December, 2014.

/s/ Philip W. Savrin
Philip W. Savrin
Georgia Bar No. 627836 – admitted pro hac vice
psavrin@fmglaw.com

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339
Telephone (770) 818-0000
Facsimile (770) 937-9960