# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

In the Matter of:

| | |
|---|---|
| Andre M. Toffel<br>   PLAINTIFF,<br>VS.<br>Nationwide Mutual Insurance Company, an Ohio Mutual Insurance Company<br>Patricia Donalson<br>The Pat Donalson Agency<br>   DEFENDANTS, | **Case No: 11-04549-TBB7**<br>**AP No: 13-00116-TBB** |

## ORDER AND NOTICE OF HEARING

This matter was scheduled for a hearing on Wednesday, January 07, 2015 01:30 PM on the following:

   RE: Doc #8; Motion to Dismiss Adversary Proceeding Filed by Defendant Nationwide Mutual Insurance Company

Proper notice of the hearing was given.

**It is therefore ORDERED ADJUDGED and DECREED that:**

Based on the pleadings, the motion to continue is GRANTED, the foregoing matter is continued, and shall be heard on February 11, 2015, at 9:30 a.m. in Courtroom Number One of the Robert S. Vance Federal Building, 1800 Fifth Avenue North, Birmingham, Alabama 35203.

The hearing scheduled for January 7, 2015, on this matter will not be held.

Dated: 12/30/2014                                                                   /s/ THOMAS BENNETT
                                                                                      THOMAS BENNETT
                                                                                      United States Bankruptcy Judge