IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| THE NINETEENTH STREET | ) | Bank. Case No.: 11-04549-TBB7 |
| INVESTMENTS, INC., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

\* \* \*

| | | |
|---|---|---|
| ANDRE M. TOFFEL, in his capacity as | ) | |
| Trustee of the Bankruptcy Estate of | ) | |
| The Nineteenth Street Investments, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adversary Proc. No.: 13-00116-TBB |
| | ) | |
| NATIONWIDE MUTUAL INS. CO., | ) | |
| PAT DONALSON, and THE PAT | ) | |
| DONALSON AGENCY, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Defendants Nationwide Mutual Insurance Company, Pat Donalson and The Pat Donalson Agency hereby request that this Court withdraw Jonathan J. Kandel as their counsel in this case, as Mr. Kandel is leaving the law firm of Freeman Mathis & Gary, LLP. Defendants continue to be represented by the law firm of Freeman Mathis & Gary, LLP, and Philip W. Savrin of that firm continues to serve as their lead counsel.

This 15th day of January, 2015.

(signatures on next page)

Respectfully submitted,

**FREEMAN MATHIS & GARY, LLP**

<u>*/s/ Jonathan J. Kandel*</u>
Philip W. Savrin
Georgia Bar No. 627836
psavrin@fmglaw.com
Jonathan J. Kandel
Georgia Bar No. 940584
jkandel@fmglaw.com

Attorneys for Defendants

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339
Telephone (770) 818-0000
Facsimile (770) 937-9960

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the within and foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Valrey W Earley, III | Kori L. Clement |
| JAFFE & ERDBERG, P.C. | HARE, CLEMENT & DUCK, P.C. |
| 205 20th St No, Ste 817 | Suite 1010, Financial Center |
| Birmingham, AL 35203 | 505 N. 20th Street |
| | Birmingham, AL 35203 |

This 15th day of January, 2015.

Respectfully submitted,

**FREEMAN, MATHIS & GARY LLP**

*/s/ Jonathan J. Kandel*
Jonathan J. Kandel
Georgia Bar No. 940584
jkandel@fmglaw.com

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339
T: (770) 818-0000
F: (770) 937-9960
1211407