IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN
DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| THE NINETEENTH STREET ) | Bank. Case No.: 11-04549-TBB7 |
| INVESTMENTS, INC., ) | Chapter 7 |
| ) | |
| Debtor. ) | |

\*\*\*

| | |
|---|---|
| ANDRE M. TOFFEL, in his capacity as ) | |
| Trustee of the Bankruptcy Estate of The ) | |
| Nineteenth Street Investments, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Adversary Proc. No.: 13-00116-TBB |
| ) | |
| NATIONWIDE MUTUAL INS. CO., ) | |
| PAT DONALSON, and THE PAT ) | |
| DONALSON AGENCY, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO SET HEARING ON PENDING MOTION TO DISMISS
## ADVERSARY PROCEEDING

Defendant Nationwide Mutual Insurance Company ("Nationwide") and Defendants Pat Donalson and The Pat Donalson Agency (collectively referred to as "Donalson") file this Motion requesting that the Court set their pending Motion to Dismiss the Complaint in the above-styled adversary proceeding for hearing. As grounds, Nationwide and Donalson state that:

1. On November 12, 2014 the defendants filed a Motion to Dismiss Adversary Proceeding.

2. After attending a status conference, the Court set the motion for hearing on January 7, 2015. Due to a conflict with counsel for defendants, the hearing was continued to February 11, 2015.

3. The February 11, 2015 hearing was continued at the request of Plaintiff's Counsel, Val Early. Mr. Early advised that he needed to continue the hearing as he may have to withdraw from this matter.

4. To date, Mr. Early has not withdrawn from this matter and no new counsel has appeared.

5. Defendants would respectfully request that this Honorable Court set this matter for hearing.

/s/ Kori L. Clement
Kori L. Clement (CLEMK5125)[1]

OF COUNSEL:
HARE & CLEMENT, P.C.
100 Chase Park South
Suite 200
Hoover, Alabama 35244
Telephone: (205) 322-3040
Facsimile: (205) 403-4975
E-mail: clem@harelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Valrey W. Early, III, Esquire
Jaffe & Erdberg, P.C.
205 20th Street North
Suite 817
Birmingham, Alabama 35203

---

[1] Filed on behalf of Phillip Savrin.

2

/s/ Kori L. Clement
OF COUNSEL

3