# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

| | |
|---|---|
| Andre M. Toffel } | **Case No: 11-04549-TBB7** |
|    PLAINTIFF, } | |
| VS. } | **AP No: 13-00116-TBB** |
| Nationwide Mutual Insurance } | |
| Company, an Ohio Mutual Insurance } | |
| Company | |
| Patricia Donalson | |
| The Pat Donalson Agency | |
|    DEFENDANTS, | |

## ORDER

This matter came before the Court on Tuesday, April 28, 2015 09:30 AM, for a hearing on the following:

   RE: Doc #25; Motion to Set Hearing on Pending Motion to Dismiss Adversary Proceeding filed by Defendants

Proper notice of the hearing was given and appearances were made by the following:

   Kori L. Clement, attorney for Nationwide Mutual Insurance Company, an Ohio Mutual Insurance Company  (Defendant)

   Philip W. Savrin, attorney for Nationwide Mutual Insurance Company, an Ohio Mutual Insurance Company  (Defendant)

   Valrey W Early III, attorney for Andre M. Toffel  (Plaintiff)

   Robert Bruner, attorney

   Patrick Lavette, attorney for Sharron Robertson

   Andre M. Toffel (Plaintiff)

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on arguments of counsel, the pleadings, the evidence before the Court, and the findings of fact and conclusions of law set forth on the record and incorporated herein by reference, the Motion to Set Hearing is GRANTED and the Motion to Dismiss Adversary Proceeding will be reset by subsequent notice.

Further, the Oral Motion to Withdraw as Counsel having been made in Open Court by Valrey W. Early, III, said oral motion is GRANTED and Valrey W. Early, III is Withdrawn as Counsel.

Dated: 05/01/2015                                              /s/ THOMAS BENNETT
                                                                               THOMAS BENNETT
                                                                               United States Bankruptcy Judge