IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| THE NINETEENTH STREET | ) | Bank. Case No.: 11-04549-TBB7 |
| INVESTMENTS, INC., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

\* \* \*

| | | |
|---|---|---|
| ANDRE M. TOFFEL, in his capacity as | ) | |
| Trustee of the Bankruptcy Estate of | ) | |
| The Nineteenth Street Investments, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adversary Proc. No.: 13-00116-TBB |
| | ) | |
| NATIONWIDE MUTUAL INS. CO., | ) | |
| PAT DONALSON, and THE PAT | ) | |
| DONALSON AGENCY, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO RESET HEARING

Defendants Nationwide Mutual Insurance Company, Pat Donalson, and The Pat Donalson Agency respectfully request that the Court reset the hearing on their Motion to Dismiss that is currently set for May 19, 2015. In support, Defendants state as follows:

1. On April 28, 2015, in open court, the Court granted the motion by Valrey W. Early, III to withdraw as counsel for the Trustee in this adversary proceeding and, further stated that it would be setting a hearing date on Defendants' Motion to Dismiss;

2. On May 1, 2015, the Court gave notice of a hearing on Defendants' Motion to Dismiss for May 19, 2015;

3. Lead counsel for Defendants, Philip W. Savrin, is lead counsel in another case that is specially set for trial on May 18, 2015 in Richmond County, Georgia (Exh. A). The trial is anticipated to last until May 22, 2015 such that Mr. Savrin will be unavailable on May 19, 2015 for the hearing set in this case;

4. For these reasons, Defendants respectfully request that this Court reset the hearing currently scheduled for May 19, 2015;

5. Because Mr. Earley has withdrawn as counsel for the Trustee, Defendants are unable to determine whether there is any opposition to resetting the hearing but do not believe the Trustee would object.

WHEREFORE, Defendants request that the hearing on Defendants' Motion to Dismiss be reset.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Philip W. Savrin*
Philip W. Savrin
Georgia Bar No. 627836 – admitted pro hac vice
psavrin@fmglaw.com

Counsel for Defendants

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339
Telephone (770) 818-0000
Facsimile (770) 937-9960

2

## CERTIFICATE OF SERVICE

I hereby certify that I have this date filed the foregoing **DEFENDANTS' MOTION TO RESET HEARING** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

This 24th day of December, 2014.

/s/ *Philip W. Savrin*
Philip W. Savrin
Georgia Bar No. 627836 – admitted pro hac vice
psavrin@fmglaw.com

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339
Telephone (770) 818-0000
Facsimile (770) 937-9960