UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

In the Matter of:

| | | |
|---|---|---|
| Andre M. Toffel | } | **Case No: 11-04549-TBB7** |
|    PLAINTIFF, | } | **AP No: 13-00116-TBB** |
| VS. | } | |
| Nationwide Mutual Insurance | } | |
| Company, an Ohio Mutual Insurance | } | |
| Company | | |
| Patricia Donalson | | |
| The Pat Donalson Agency | | |
|    DEFENDANTS, | | |

**ORDER AND NOTICE OF HEARING**

This matter was scheduled for a hearing on Tuesday, May 19, 2015 03:00 PM on the following:

   RE: Doc #8; Motion to Dismiss Adversary Proceeding filed by Defendants

Proper notice of the hearing was given.

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on the pleadings, the Motion to Reschedule is GRANTED, the foregoing matter is continued, and shall be heard on June 23, 2015, at 3:00 p.m. in Courtroom Number One of the Robert S. Vance Federal Building, 1800 5th Avenue North, Birmingham, Alabama.

The hearing scheduled for May 19, 2015, on this matter will not be held.

Dated: 05/04/2015                                                              /s/ THOMAS BENNETT
                                                                              THOMAS BENNETT
                                                                              United States Bankruptcy Judge