UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

In the Matter of:

| Andre M. Toffel | } | **Case No: 11-04549-TBB7** |
| PLAINTIFF, | } | |
| VS. | } | **AP No: 13-00116-TBB** |
| Nationwide Mutual Insurance | } | |
| Company, an Ohio Mutual Insurance | } | |
| Company | | |
| Patricia Donalson | | |
| The Pat Donalson Agency | | |
| DEFENDANTS, | | |

**ORDER AND NOTICE OF HEARING**

This matter was scheduled for a hearing on Tuesday, June 23, 2015 03:00 PM on the following:
  RE: Doc #8; Motion to Dismiss Adversary Proceeding filed by Defendants
Proper notice of the hearing was given.

**It is therefore ORDERED, ADJUDGED and DECREED that:**

For cause, the foregoing matter is continued and shall be heard on June 29, 2015, at 10:30 a.m. in Courtroom Number 3 of the Robert S. Vance Federal Building, 1800 5th Avenue North, Birmingham, Alabama.

The hearing scheduled for June 23, 2015, at 3:00 p.m. in Courtroom Number 1 is rescheduled to June 29, 2015 at 10:30 a.m. in Courtroom Number 3.

Dated: 05/26/2015

/s/ THOMAS BENNETT
THOMAS BENNETT
United States Bankruptcy Judge