```
                              United States Bankruptcy Court
                              Northern District of Alabama
Toffel,
         Plaintiff                                              Adv. Proc. No. 13-00116-TBB

Nationwide Mutual Insurance Company, an,
         Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 1126-2         User: admin              Page 1 of 1            Date Rcvd: May 26, 2015
                             Form ID: pdf000          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2015.
dft           +Nationwide Mutual Insurance Company, an Ohio Mutua,   2 North Jackson Street,   Suite 605,
               Montgomery, AL 36104-3821
dft            Patricia Donalson,   1729 S Lakeshore Drive,   Birmingham, AL 35216-1621
dft            The Pat Donalson Agency,   1729 S Lakeshore Drive,   Birmingham, AL 35216-1621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
pla           +E-mail/Text: trustee@toffelpc.com May 27 2015 02:00:11      Andre M. Toffel,
               600 20th Street North,   Suite 300,   Birmingham, AL 35203-2600
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2015                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2015 at the address(es) listed below:
              Kori L. Clement    on behalf of Defendant   The Pat Donalson Agency clem@harelaw.com
              Kori L. Clement    on behalf of Defendant Patricia  Donalson clem@harelaw.com
              Kori L. Clement    on behalf of Defendant   Nationwide Mutual Insurance Company, an Ohio Mutual
               Insurance Company clem@harelaw.com
              Philip W. Savrin   on behalf of Defendant   Nationwide Mutual Insurance Company, an Ohio Mutual
               Insurance Company psavrin@fmglaw.com                                , jcrow@fmglaw.com
              Philip W. Savrin   on behalf of Defendant   The Pat Donalson Agency psavrin@fmglaw.com
               , jcrow@fmglaw.com
              Philip W. Savrin   on behalf of Defendant Patricia  Donalson psavrin@fmglaw.com
               , jcrow@fmglaw.com
              Valrey W Early, III   on behalf of Plaintiff Andre M. Toffel vearly@jaffeerdberg.com
                                                                                              TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

In the Matter of:

| | |
|---|---|
| Andre M. Toffel } | **Case No: 11-04549-TBB7** |
|   PLAINTIFF, } | **AP No: 13-00116-TBB** |
| VS. } | |
| Nationwide Mutual Insurance } | |
| Company, an Ohio Mutual Insurance } | |
| Company | |
| Patricia Donalson | |
| The Pat Donalson Agency | |
|   DEFENDANTS, | |

## ORDER AND NOTICE OF HEARING

This matter was scheduled for a hearing on Tuesday, June 23, 2015 03:00 PM on the following:
    RE: Doc #8; Motion to Dismiss Adversary Proceeding filed by Defendants

Proper notice of the hearing was given.

**It is therefore ORDERED, ADJUDGED and DECREED that:**

    For cause, the foregoing matter is continued and shall be heard on June 29, 2015, at 10:30 a.m. in Courtroom Number 3 of the Robert S. Vance Federal Building, 1800 5th Avenue North, Birmingham, Alabama.

    The hearing scheduled for June 23, 2015, at 3:00 p.m. in Courtroom Number 1 is rescheduled to June 29, 2015 at 10:30 a.m. in Courtroom Number 3.

Dated: 05/26/2015

/s/ THOMAS BENNETT
THOMAS BENNETT
United States Bankruptcy Judge